UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Altisource S.à r.l., et al

*Plaintiff*

v.

Martin Szumanski, et al

*Defendant*

Civil Action No. 3:21-cv-03293-AET-TJB

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____Altisource S.à r.l._____, certifies that this party is a non-governmental corporate party and that:

[✔] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Altisource Portfolio Solutions S.A.

_____

_____

### OR

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/James Valvano
Signature of Attorney

590 Madison Avenue, Suite 1800
Address

New York, NY 10022-2524
City/State/Zip

02/24/2021
Date

DNJ-CMECF-005 (10/2018)